No. 67931.—J. L. Wood *v.* United States, protests 61/12144, etc. (Pembina).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *C. J. Tower & Sons of Nia., Inc.* v. *United States* (48 Cust. Ct. 229, C.D. 2340), the claim of the plaintiff was sustained.